SCAD-16-0000834

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

KENDAL A. LUKE,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 15-046-9265)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the June 19, 2017 petition and affidavit submitted by Respondent Kendal A. Luke, and the record, we conclude Respondent Luke has complied with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), as well as all relevant requirements currently due in the February 17, 2017 order imposing upon him a 90-day period of suspension from the practice of law. Furthermore, it appears that, on June 19, 2017, the Office of Disciplinary Counsel was served notice of Respondent Luke's petition and affidavit, as required by RSCH Rule 2.17(b)(2), and has not

objected.  We note Respondent Luke has until February 16, 2018 to submit to this court a successful score in the Multistate Professional Responsibility Examination (MPRE).  Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Luke is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

IT IS FINALLY ORDERED that Respondent Luke is reminded that failure to timely submit a successful MPRE result to this court may result in an additional period of suspension, upon a review of the record.

DATED: Honolulu, Hawai'i, July 11, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

